IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY DODSON                                                                PLAINTIFF
ADC #656436

v.                             CASE NO. 3:17CV00098 BSM

CRAIGHEAD COUNTY DETENTION CENTER, et al.                DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 5] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Terry Dodson's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Finally, any in forma pauperis appeal from the order adopting the RD will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE