IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRY DODSON**  **PLAINTIFF**
**ADC #656436**

v.  CASE NO. 3:17CV00098 BSM

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE